Law Offices

# Fusco & Macaluso, L.L.C.

A Partnership of Professional Corporations

| | | |
|---|---|---|
| A.J. Fusco, Jr. ♦<br>Roy R. Macaluso † ♦ | P.O. Box 838 □ 150 Passaic Avenue<br>Passaic, New Jersey 07055 | <u>New York Office</u><br>77 Baxter Street<br>New York, NY 10013<br>(212) 964-7650 |
| Brandon J. Broderick<br>David P. Kreizer ♦<br>Robert J. Cascone<br>Charles E. Tempio | (973) 779-1163<br>Fax: (973) 779-5437<br>E-Mail: Info@fmnj-law.com | <u>Trenton Office</u><br>108 W. State Street<br>Trenton, NJ 08625<br>(609) 599-1222 |
| ♦ Member of NJ and NY Bar<br>† Member of NJ and DC Bar | Website: www.fuscoandmacaluso.com | <u>Newark Office</u><br>51 Rector Street – Suite 205<br>Newark, NJ 07105<br>(973) 622-1699 |

March 11, 2010

**<u>Via ECF Filing</u>**
Hon. Jose L. Linares, U.S.D.J.
U.S. District Court – District of New Jersey
Martin Luther King Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    **Re:**  **Gialanella v. Hawthorne, et als.**
         **Civil Action No.: 09-cv-6117 (JLL)**

Dear Judge Linares:

  As Your Honor is aware, this office represents the plaintiff in the above matter. We have filed a Motion for a Default Hearing which was returnable before Your Honor on March 1, 2010.

  Inasmuch as it is my understanding that said Motion has yet to be decided, it is respectfully requested that the Motion and/or any Proof Hearing scheduled therefrom be adjourned until April 2, 2010. I am making this request because I have been contacted by John Horan, Esq. who has indicated that he will be representing defendant Carmen. I have also been contacted by David J. Gittines, Esq. who has indicated that he will be representing the remaining defendants. I have informed both counselors that I would consent to the vacation of default and am awaiting their appearances.

  Kindly inform me of Your Honor's decision.

                  Respectfully submitted,
                  FUSCO & MACALUSO, LLC

                  David P. Kreizer

DPK/ck
Cc:  John Horan, Esq. (Via Email)
    David J. Gittines, Esq (Via Facsimile to 973-622-3744)

SO ORDERED:
DATED: 3-12-10